IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KRISTIE METCALFE**                                                                                         **PLAINTIFF**

**VS.**                                                                  **CIVIL ACTION NO. 3:25-CV-324-HTW-ASH**

**MISSISSIPPI STATE SENATE**                                                                         **DEFENDANT**

## MOTION TO DISMISS

The Mississippi State Senate moves to dismiss Kristie Metcalfe's Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support, the Senate shows the following:

1. The motion requests dismissal of Metcalfe's Complaint for failure to state a claim. Dismissal is warranted here, where Metcalfe is not an "employee" under Title VII of the Civil Rights Act of 1964; she failed to intervene in a prior action, *United States v. Miss. State Senate*, No. 3:24-cv-712-HTW-ASH; the Complaint is untimely; and the Complaint is equitably barred by laches. Even if she weren't exempt from Title VII, any claim related to tenured attorneys fails because she failed to timely file a charge related to them, and they are not similarly situated.

2. The Senate incorporates its supporting memorandum, which is filed simultaneously with this motion, and relies on the following exhibits:

   Exhibit 1:   Excerpts from Metcalfe's EEOC Charge File

   Exhibit 2:   Jackson Free Press Article

   Exhibit 3    MUW Press Release

   Exhibit 4:   2018 Senate Journal Index

3. The Senate respectfully requests that this Court grant its motion and dismiss Metcalfe's Complaint.

Respectfully submitted, this the 13th day of June, 2025.

                MISSISSIPPI STATE SENATE

        BY: *s/ Armin J. Moeller, Jr.*
                Attorney for Mississippi State Senate

Armin J. Moeller, Jr. (MSB 3399)
Russell Dumas (MSB 105310)
BALCH & BINGHAM LLP
188 East Capitol Street
Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
amoeller@balch.com
rdumas@balch.com

Lindsay Thomas Dowdle (MSB 102873)
Will Ivison (MSB 104213)
Mississippi Attorney General's Office
550 High Street
Suite 1100
Jackson, MS 39205
Telephone: (601) 359-3020
Facsimile: (601) 359-2003
Lindsay.dowdle@ago.ms.gov
Will.ivison@ago.ms.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically on this the 13th day of June, 2025:

                *s/ Armin J. Moeller, Jr.*
                Of Counsel

24939581.1