Admissions   Students   Faculty & Staff   Alumni   🎁 Give

| WCONNECT | BANNER | MYSTUDENTLIFE | 🔍 |

⚠ **COVID-19 Information:**   COVID-19 INFO PAGE   CORONAVIRUS SELF-CHECKER
STUDENT CONTACT 📄   EMPLOYEE CONTACT 📄   CASE TRACKER

**Face Masks:** The W encourages people not fully vaccinated to wear a face covering inside all buildings. The Campus Renewal Task Force no longer requires the use of face coverings for fully vaccinated people on campus.

You are here: Home » News » Jackson lawyer presents insider look at lawmaking

# Jackson lawyer presents insider look at lawmaking



COLUMBUS, Miss.-- Kristie Metcalfe, Mississippi senatorial attorney, will present "The Inside Scoop on How Laws are Made," Sunday, Feb. 23 at Three Sister's Pie Co. in Downtown Columbus at 6 p.m.

As one of five attorneys for the Mississippi Senate, Metcalfe aims to give an insider's view of the legislative process, discuss the issue of diversity and inclusion in the legislative staff, as well as to offer students insight into her journey through law school and into her current career.

After having worked in Mississippi's Legislative Service office for the past eight years, Metcalfe has drafted bills and amendments and conducted legal research for 10 standing committees, as well as she has offered legal counsel on other legislative issues.

Dr. D's Brain Jam is a re-occurring speaker series aimed at providing entertaining and educational topics to connect experts with the community.

The series is free and open to the public and is co-sponsored by The W's History, Political Science and Geography Department and Three Sister's Pie Co. Speakers are featured on the last Sunday of each month.

The March speaker will be Maj. Julianne Gillespie of Columbus Air Force Base. She discuss her work as an Air Force physiologist.

For more information, please email DiClemente at kdiclemente@muw.edu.

**FOR IMMEDIATE RELEASE**
Feb. 20, 2020
Maggie Ellis
(662) 329-7119
mgellis@myapps.muw.edu