Pearl, City of:
    Hotels and motels and restaurants, authorize a tax to promote tourism, parks and recreation. SB3066, **HB1667**.
    Infrastructure improvements; levy a 1% sales tax to be used solely for, authorize. SB3064.
Prentiss County; authorize certain expenditures from the county's Inmate Canteen Fund. **SB3061**.
Rankin County; provide efficient method for debt service to be paid on bonds issued by West Rankin Utility Authority. SB3078.
Richland, City of:
    Food and beverage tax to be used for tourism, parks and recreation and revise purpose after direct vote by electorates, authorize. **HB1521**.
    Tourism tax on hotels and motels within, authorize levying of. **HB1520**.
Ridgeland, City of; authorize the levy of an additional tax on hotels and motels. SB3088.
Saltillo, City of; authorize the governing authorities to impose a tax on hotels, motels and restaurants for certain purposes. SB3058.
Scenic Rivers Development Alliance; authorize the establishment of. SB3033, **HB1525**.
Seminary, Town of; authorize to establish a town cemetery fund and cemetery advisory committee. **HB1618**.
Southaven, City of; hotels, motels and restaurants tax extend the repeal date on. **HB1471**.
Starkville, City of; extend repeal date on economic development, tourism/convention tax. **SB3012**.
Stone County and Wiggins, City of; revise the membership of the Stone County Economic Development Partnership. SB3065.
Sumrall, Town of; authorize the use of golf carts on the streets of the town. **SB3036**.
Tallahatchie County; authorize contributions to Mid-State Opportunity Inc. **HB1565**.
Tishomingo, Town of; authorize extension of the town's natural gas distribution system. **SB3037**.
Tunica County:
    Economic Development Foundation, Inc.; contribute funds, authorize. SB2939, HB186.
    Gaming devices; authorize to impose a license tax upon. SB3086.
Vaiden, Town of; authorize a tax on restaurants to provide funds for tourism and parks and recreation. **SB3067**.
Vicksburg, City of:
    Heritage Guild of Vicksburg and Warren County; contribute funds, authorize. SB3020, **HB1536**.
    Kings and Cedars Head Start Centers; contribute funds, authorize. **SB3021**.
    Veteran Transition Center Vicksburg-Warren, contribute funds, authorize. **SB3018**.
    We Care Communities, Inc.; contribute funds, authorize. SB3019, **HB1535**.
Warren County:
    Construct a jail on property outside the Vicksburg. **SB3077**.
    Various organizations; contribute funds to, authorize. SB3062, **HB1671**.
    We Care Communities, Inc.; contribute funds to, authorize. HB1693.
Washington County; extend the repeal date on the tax on hotels and motels. HB1552.
Waveland, City of; authorize use of low-speed vehicles or golf carts on certain city streets. **SB2940**, HB1670.
Wayne County; increase contribution amount to Multi-County Community Service Agency, Inc. **HB1685**.
West Rankin Utility Authority; require payments made by public agency members be used solely to pay certain bonds. **HB1696**
Wiggins, City of and Stone County; revise the membership of the Stone County Economic Development Partnership. SB3065.

## PART VII

## COMMITTEE MEMBERSHIP

### A. PERSONNEL OF STATE SENATE STANDING COMMITTEES

ACCOUNTABILITY, EFFICIENCY, TRANSPARENCY (9)--Senator Polk, Chairman; Senator Wilemon, Vice Chairman; Senators Blackwell, Blount, Burton, Clarke, Hopson, Parks, Turner-Ford.

AGRICULTURE (13)--Senator Hudson, Chairman; Senator Jolly, Vice Chairman; Senators Barnett, Branning, Caughman, Chassaniol, Clarke, Hill, Jackson R. (11th), Jordan, Seymour, Simmons W. (13th), Younger.

APPROPRIATIONS (26)--Senator Clarke, Chairman; Senator Hopson, Vice Chairman; Senators Branning, Burton, Butler, Carmichael, DeBar, Dearing, Frazier, Gollott, Hill, Horhn, Jackson R. (11th), Jackson G. (15th), Jackson S. (32nd), McDaniel, Michel, Moran, Norwood, Seymour, Simmons W. (13th), Tollison, Turner-Ford, Wiggins, Wilemon, Younger.

BUSINESS AND FINANCIAL INSTITUTIONS (13)--Senator Parks, Chairman; Senator Michel, Vice Chairman; Senators Blackwell, Branning, Browning, Carmichael, Caughman, Doty, Harkins, Jackson R. (11th), Jackson G. (15th), Jackson S. (32nd), Wilemon.

CONSTITUTION (9)--Senator McDaniel, Chairman; Senator Turner-Ford, Vice Chairman; Senators Barnett, Bryan, Dearing, Fillingane, Michel, Tollison, Whaley.

CORRECTIONS (11)--Senator Jackson S. (32nd), Chairman; Senator Chassaniol, Vice Chairman; Senators Carmichael, Carter, DeBar, Kirby, Norwood, Simmons D. T. (12th), Simmons W. (13th), Wiggins, Witherspoon.

COUNTY AFFAIRS (9)--Senator Younger, Chairman; Senator Hudson, Vice Chairman; Senators Blackmon, Browning, Jolly, Moran, Polk, Seymour, Whaley.

DRUG POLICY (11)--Senator Jordan, Chairman; Senator Watson, Vice Chairman; Senators Blackwell, Browning, Butler, Chassaniol, Dawkins, DeBar, Doty, McDaniel, Wilemon.

ECONOMIC DEVELOPMENT (11)--Senator Horhn, Chairman; Senator Barnett, Vice Chairman; Senators Blackwell, Doty, Fillingane, Gollott, McMahan, Moran, Parker, Parks, Younger.

EDUCATION (15)--Senator Tollison, Chairman; Senator Caughman, Vice Chairman; Senators Blackwell, Blount, Burton, Clarke, Hill, Hopson, Hudson, Jordan, Massey, Norwood, Polk, Wiggins, Wilemon.

ELECTIONS (9)--Senator Blackwell, Chairman; Senator Blount, Vice Chairman; Senators Bryan, Chassaniol, Doty, Fillingane, Frazier, Gollott, Parker.

ENERGY (15)--Senator Doty, Chairman; Senator Harkins, Vice Chairman; Senators Browning, Burton, Carmichael, Carter, DeBar, Dearing, Hopson, Jackson R. (11th), Jackson G. (15th), Jackson S. (32nd), Jolly, Moran, Polk.

ENVIRONMENT PROT, CONS AND WATER RES (15)--Senator Watson, Chairman; Senator Witherspoon, Vice Chairman; Senators Barnett, Butler, Carter, Dawkins, Hill, Hopson, Horhn, Hudson, Jolly, Jordan, Seymour, Wiggins, Younger.

Exhibit 4

ETHICS (9)--Senator Massey, Chairman; Senator Jackson G. (15th), Vice Chairman; Senators Blount, Branning, Butler, Chassaniol, Jolly, McMahan, Turner-Ford.

FINANCE (26)--Senator Fillingane, Chairman; Senator Kirby, Vice Chairman; Senators Barnett, Blackmon, Blackwell, Blount, Browning, Bryan, Carter, Caughman, Chassaniol, Dawkins, Doty, Harkins, Hudson, Jolly, Jordan, Massey, McMahan, Parker, Parks, Polk, Simmons D. T. (12th), Watson, Whaley, Witherspoon.

FORESTRY (9)--Senator Browning, Chairman; Senator Branning, Vice Chairman; Senators Butler, Dawkins, Jordan, Seymour, Watson, Whaley, Younger.

HIGHWAYS AND TRANSPORTATION (19)--Senator Simmons W. (13th), Chairman; Senator DeBar, Vice Chairman; Senators Blackmon, Browning, Bryan, Carter, Dearing, Doty, Gollott, Harkins, Horhn, Hudson, Jolly, Kirby, Massey, Michel, Moran, Parks, Younger.

HOUSING (9)--Senator Frazier, Chairman; Senator Massey, Vice Chairman; Senators Jordan, Kirby, McMahan, Norwood, Parker, Polk, Younger.

INSURANCE (13)--Senator Carmichael, Chairman; Senator Blackwell, Vice Chairman; Senators Blackmon, Browning, Clarke, Dearing, Hill, Horhn, Kirby, Michel, Parks, Polk, Simmons D. T. (12th).

INTERSTATE AND FEDERAL COOPERATION (5)--Senator Jackson R. (11th), Chairman; Senator Jackson S. (32nd), Vice Chairman; Senators Frazier, Kirby, Norwood.

JUDICIARY, DIVISION A (15)--Senator Hopson, Chairman; Senator Doty, Vice Chairman; Senators Barnett, Blackmon, Branning, Carter, Clarke, DeBar, Fillingane, Frazier, Kirby, McMahan, Parker, Simmons D. T. (12th), Turner-Ford.

JUDICIARY, DIVISION B (15)--Senator Bryan, Chairman; Senator McDaniel, Vice Chairman; Senators Blount, Carter, DeBar, Fillingane, Hill, Hopson, Jackson S. (32nd), Simmons D. T. (12th), Tollison, Turner-Ford, Watson, Whaley, Wiggins.

LABOR (9)--Senator Butler, Chairman; Senator Norwood, Vice Chairman; Senators Hudson, Jackson R. (11th), Massey, McDaniel, McMahan, Moran, Simmons D. T. (12th).

LOCAL AND PRIVATE (5)--Senator Jackson G. (15th), Chairman; Senator Parker, Vice Chairman; Senators Bryan, Gollott, Michel.

MEDICAID (11)--Senator Wiggins, Chairman; Senator Bryan, Vice Chairman; Senators Blackmon, Blackwell, Burton, Caughman, Clarke, Dawkins, Norwood, Parks, Younger.

MUNICIPALITIES (11)--Senator Wilemon, Chairman; Senator McMahan, Vice Chairman; Senators Barnett, Branning, Burton, Chassaniol, Jordan, Massey, McDaniel, Whaley, Witherspoon.

PORTS AND MARINE RESOURCES (11)--Senator Gollott, Chairman; Senator Seymour, Vice Chairman; Senators Carmichael, Dawkins, Dearing, Jackson R. (11th), Moran, Simmons W. (13th), Watson, Wiggins, Witherspoon.

PUBLIC HEALTH AND WELFARE (19)--Senator Kirby, Chairman; Senator Wiggins, Vice Chairman; Senators Blount, Bryan, Burton, Caughman, Dearing, Doty, Fillingane, Frazier, Harkins, Hopson, Horhn, Jackson G. (15th), Parker, Parks, Simmons W. (13th), Tollison, Younger.

PUBLIC PROPERTY (7)--Senator Blount, Chairman; Senator Dearing, Vice Chairman; Senators Butler, Doty, Harkins, Jackson R. (11th), Seymour.

RULES (5)--Senator Burton, Chairman; Senator Tollison, Vice Chairman; Senators Gollott, Harkins, Horhn.

TOURISM (11)--Senator Chassaniol, Chairman; Senator Carter, Vice Chairman; Senators Butler, Gollott, Harkins, Hopson, Horhn, Jordan, Massey, McMahan, Simmons W. (13th).

UNIVERSITIES AND COLLEGES (13)--Senator Harkins, Chairman; Senator Frazier, Vice Chairman; Senators Burton, Caughman, Fillingane, Hopson, Jackson G. (15th), Parker, Polk, Tollison, Whaley, Wilemon, Witherspoon.

VETERANS AND MILITARY AFFAIRS (7)--Senator Parker, Chairman; Senator Moran, Vice Chairman; Senators Barnett, Hudson, Jackson S. (32nd), Parks, Turner-Ford.

WILDLIFE, FISHERIES AND PARKS (11)--Senator Moran, Chairman; Senator Hill, Vice Chairman; Senators Branning, Caughman, Jackson G. (15th), Jackson S. (32nd), Massey, Simmons D. T. (12th), Tollison, Watson, Whaley.

**SENATE MEMBERS OF JOINT COMMITTEES**

ENROLLED BILLS (5)--Senator Simmons D. T. (12th), Chairman; Senator Blackmon, Vice Chairman; Senators DeBar, Moran, Wilemon.

EXECUTIVE CONTINGENT FUND (5)--Senator Seymour, Chairman; Senator Tollison, Vice Chairman; Senators Blackmon, Michel, Whaley.

INVESTIGATE STATE OFFICES (9)--Senator Hill, Chairman; Senator Carmichael, Vice Chairman; Senators Caughman, Chassaniol, Dawkins, Frazier, Moran, Watson, Wilemon.

LEGISLATIVE BUDGET COMMITTEE (7)--Senator Lt. Governor, Vice Chairman; Senators Burton, Clarke, Doty, Fillingane, Kirby, Simmons W. (13th).

PERFORMANCE EVALUATION AND EXPENDITURE REVIEW '(PEER) (7)--Senator Carmichael, Chairman; Senators Blackwell, Burton, , Chassaniol, Gollott, Jackson G. (15th), Jackson S. (32nd).

STATE LIBRARY (5)--Senator Dawkins, Chairman; Senator Butler, Vice Chairman; Senators Horhn, Simmons W. (13th), Witherspoon.

**B. COMMITTEE ASSIGNMENT OF SENATORS**

JUAN BARNETT--Economic Development, Vice Chairman; Agriculture; Constitution; Environment Prot, Cons and Water Res; Finance; Judiciary, Division A; Municipalities; Veterans and Military Affairs.

BARBARA BLACKMON--Enrolled Bills, Vice Chairman; County Affairs; Executive Contingent Fund; Finance; Highways and Transportation; Insurance; Judiciary, Division A; Medicaid.