IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KRISTIE METCALFE**                                                                                           **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION NO. 3:25-CV-324-HTW-ASH**

**MISSISSIPPI STATE SENATE**                                                                     **DEFENDANT**

**MOTION TO STAY PENDING RESOLUTION OF MOTION TO DISMISS**

The Mississippi State Senate files this Motion to Stay Pending Resolution of Motion to Dismiss. For the reasons set forth in the Senate's contemporaneously filed memorandum in support of this motion, the Senate asks this Court to stay all discovery, including the parties' disclosure obligations, pending resolution of the Senate's motion to dismiss.

1. This motion is not filed for purposes of delay, but rather to conserve the Court's and the parties' resources.

2. Counsel for the Senate contacted Plaintiff's counsel to determine whether this motion is opposed but did not receive a response.

Respectfully submitted, this the 13th day of June, 2025.

MISSISSIPPI STATE SENATE

BY: *s/ Armin J. Moeller, Jr.*
Attorney for Mississippi State Senate

Armin J. Moeller, Jr. (MSB 3399)
Russell Dumas (MSB 105310)
BALCH & BINGHAM LLP
188 East Capitol Street
Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
amoeller@balch.com
rdumas@balch.com

24934235.1

Lindsay Thomas Dowdle (MSB 102873)
Will Ivison (MSB 104213)
Mississippi Attorney General's Office
550 High Street
Suite 1100
Jackson, MS 39205
Telephone: (601) 359-3020
Facsimile: (601) 359-2003
Lindsay.dowdle@ago.ms.gov
Will.ivison@ago.ms.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically on this the 13th day of June, 2025:

                               *s/ Armin J. Moeller, Jr.*
                               Of Counsel

24934235.1