IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KRISTIE METCALFE**                                                        **PLAINTIFF**

**v.**                                                       **CAUSE NO. 3:25-cv-324-HTW-ASH**

**MISSISSIPPI STATE SENATE**                                        **DEFENDANT**

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY**

Plaintiff Kristie Metcalfe files this Response in Opposition to Defendant Mississippi State Senate's Motion to Stay [Doc. 11], and in support thereof would respectfully show unto the Court the following:

1. The Court should deny Defendant's Motion to Stay.

2. A Memorandum Brief in Opposition to Defendant's Motion to Stay is being filed simultaneously herewith.

RESPECTFULLY SUBMITTED, this the 22nd day of July, 2025.

                                                            Kristie Metcalfe, Plaintiff

                                                            By: */s/ Jim Waide*
                                                            Jim Waide, MS Bar No. 6857
                                                            Rachel Pierce Waide, MS Bar No. 100420
                                                           Yance Falkner, MS Bar No. 106107
                                                           WAIDE & ASSOCIATES, P.A.
                                                           332 North Spring Street
                                                           Tupelo, MS  38804-3955
                                                           Post Office Box 1357
                                                           Tupelo, MS  38802-1357
                                                           Telephone:  (662) 842-7324
                                                           Facsimile:  (662) 842-8056
                                                           Email:  waide@waidelaw.com
                                                                       jdw@waidelaw.com
                                                                       rpierce@waidelaw.com
                                                                       yfalkner@waidelaw.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing this court's electronic case data filing system (CM/ECF), which sent notification of such filing to all counsel of record.

DATED July 22, 2025.

                                              */s/ Jim Waide*
                                              JIM WAIDE